# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA,<br><br>    Plaintiff,<br><br>    v.<br><br>MOHAMAD ALAMARI, aka MOHAMED ALAMAR, individually and dba DISCOUNT MARKET, et al.,<br><br>    Defendants. | Case No. 1:18-cv-00240-AWI-EPG<br><br>ORDER RE: STIPULATED REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE<br><br>(ECF No. 9) |

   On June 6, 2018, Plaintiff Jose Acosta and Defendants Mohamad Alamari, aka Mohamed Alamari, and Monirah Alamari, both individually and dba Discount Market, filed a stipulation to dismiss the entire action with prejudice (ECF No. 9.) In light of the stipulation, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

   Dated:  **June 25, 2018**                          /s/ Erica P. Grosjean
                                                     UNITED STATES MAGISTRATE JUDGE

1